UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH J. POLLARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SUTTER, a public entity; CARL ADAMS; STEPHANIE COOPER; and DOES 1-10 INCLUSIVE,<br><br>　　　　　Defendants. | 2:13-CV-02460-GEB-AC<br><br>**ORDER** |

　　　　On February 25, 2014, Defendant County of Sutter filed a request to withdraw the dismissal motion it filed on February 5, 2014. The request is granted. Therefore, the March 10, 2014 hearing date on the motion is vacated.

Dated: February 25, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1