UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH J. POLLARD,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SUTTER, a public entity; CARL ADAMS; STEPHANIE COOPER; and DOES 1-10 INCLUSIVE,<br><br>        Defendants. | No. 2:13-cv-02460-GEB-AC<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiff states in the JSR, in relevant part, as follows:

> Plaintiff anticipates a possible joinder of one party: Mr. Thompson, but Plaintiff has not yet been able to pursue discovery to ascertain the facts supporting any claim(s) against him; if and when she does, she will have to exhaust her administrative remedies through a tort claim, then file a motion to amend the complaint accordingly.
>
> . . . .
>
> . . . . There may be later amendment of the pleadings to include defamation claims depending upon what evidence Plaintiff is able to obtain during discovery based on the late discovery rules pertaining to defamation causes of action.

(JSR 3:2-14, ECF No. 10.) These statements fail to comply with Plaintiff's obligation under Rule 16 to provide meaningful information on when the referenced amendments would be sought.

1

> Parties anticipating possible amendments . . . have an unflagging obligation to alert the Rule 16 scheduling judge of the . . . timing of such anticipated amendments in their status reports so that the judge can consider whether such amendments may properly be sought solely under the Rule 15(a) standard, and whether structuring discovery pertinent to the parties' decision whether to amend is feasible.

Jackson v. Laureate, Inc., 186 F.R.D. 605, 608 (E.D. Cal. 1999) (internal quotation marks omitted).

Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on March 3, 2014, is continued to March 31, 2014, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff shall adequately address the anticipated timing of the referenced amendments.

IT IS SO ORDERED.

Dated: February 26, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge