UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH J. POLLARD,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF SUTTER, a public entity; CARL ADAMS; STEPHANIE COOPER; and DOES 1-10 INCLUSIVE,<br><br>             Defendants. | No.  2:13-cv-02460-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a "Notice of Settlement" on April 21, 2014, in which she states: "the above-captioned matter has settled. The Parties expect to file a stipulated request for dismissal within the next 21 days." (Notice of Settlement 1:19-20, ECF No. 19.) Therefore, a dispositional document shall be filed no later than May 12, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///

///

1

Further, in light of the referenced settlement, the pending dismissal motion, (ECF No. 16), is deemed withdrawn, and the hearing on said motion scheduled for May 5, 2014, is vacated.

IT IS SO ORDERED.

Dated: April 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2